UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TRAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04199-HSG<br><br>**ORDER REGARDING RECENT FILINGS**<br><br>Re: Dkt. Nos. 5, 6, 7, 15-18, 21, 24, 27 |

Plaintiff has filed numerous letters in the record, complaining of various wrongs or providing the Court with what he believes is evidence of mistreatment. *See* Dkt. Nos. 5-7, 15-18, 21, 24, 26, 27. Prior to filing or opposing a dispositive motion, Plaintiff should only file pleadings in this action if he is requesting court action related to the case, such as an extension of a deadline.

To the extent that Plaintiff has collected evidence that he believes supports his claims, the appropriate time to present evidence is when filing or opposing a dispositive motion. The Court is not a repository for plaintiff's evidence. **Any premature filings of evidence will be disregarded by the Court.**

To the extent that Plaintiff seeks to report wrongdoing, Plaintiff should keep in mind that the Court only has jurisdiction over the parties in this action and may only consider the cognizable claim raised in this action – that, on August 22, 2022, defendants Gomez, Barnes, Ramerize, Muniz, and Rameriz used excessive force on Plaintiff, or allowed or authorized the use of excessive force. The Court cannot consider any other claims. Further, prior to liability being determined, the Court is limited in what it may order the parties to do. Finally, the Court only has jurisdiction over the named parties. Plaintiff should therefore refrain from filing letters regarding alleged wrongdoing committed by non-parties or alleged wrongdoing by the defendants that is

outside the scope of this action.

Repeatedly filing letters or pleadings in this action that are not directly related to the claims raised or that present evidence merely clutters the docket and serves no legal purpose. The Clerk shall send Plaintiff two blank copies of the civil rights complaint form so that Plaintiff may pursue relief for other constitutional violations, if he so wishes.

**IT IS SO ORDERED.**

Dated: 2/21/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge