UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TRAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>J. GOMEZ, et al.,<br><br>    Defendants. | Case No. 22-cv-04199-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; DISMISSING DEFENDANTS RAMERIZE AND D. RAMIREZ WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 33 |

Good cause being shown, the Court GRANTS Defendants' request for an extension of time to file their dispositive motion. Dkt. No. 33. By May 8, 2023, Defendants shall file their dispositive motion. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

On February 21, 2023, the Court informed Plaintiff that the CDCR was unable to identify defendants Ramerize and D. Ramirez with the information Plaintiff had provided. Dkt. No. 30. The Court ordered Plaintiff to provide sufficient information to allow the CDCR to identify defendants Ramerize and D. Ramirez so that these defendants could be served. Dkt. No. 30. In response, Plaintiff has informed the Court that both defendants Ramerize and D. Ramirez "w[]ere a part of what happen[ed] to [him] . . . and they both work at SVSP." Dkt. No. 32. Plaintiff has not provided any additional information about defendants Ramerize and D. Ramirez. Because Plaintiff is unable to provide sufficient information to allow the CDCR to identify defendants Ramerize and D. Ramirez and effect service upon them, the Court **DISMISSES** defendants

Ramerize and D. Ramirez from this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. If Plaintiff is later able to provide information that would allow the CDCR to identify defendants Ramerize and D. Ramirez, he may file a motion for leave to file an amended complaint that re-names Ramerize and D. Ramirez as defendants. Any such motion must be accompanied by sufficient information to allow the CDCR to identify and serve defendants Ramerize and D. Ramirez.

This order terminates Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: 3/31/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2