UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TRAVIS,<br><br>   Plaintiff,<br><br> v.<br><br>J. GOMEZ, et al.,<br><br>   Defendants. | Case No. 22-cv-04199-RFL<br><br>**ORDER OF DISMISSAL** |

  Defendants moved for summary judgment in this action. (Dkt. No. 46.) The Court granted Travis's request for an extension of time to file an opposition (Dkt. No. 52), and when no opposition was filed, granted a second extension of time sua sponte (Dkt. No. 56.) This order was returned undelivered on April 8, 2024, bearing a label that read in part "return to sender – refused – unable to forward." (Dkt. No. 57.)

  The Court's order was sent to Travis at the address he provided. (*See* Dkt. Nos. 8, 57.) Travis has not provided any address other than the address to which the undeliverable mail was sent. (*See generally* Dkt.) More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Travis.

  Travis has failed to comply with Local Rule 3-11(a), which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

1

Accordingly, this action is DISMISSED without prejudice because Travis failed to keep the Court informed of his address in compliance with Local Rule 3-11(a) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Travis may move to reopen the suit and have proceedings reinstated. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

All pending motions are DENIED without prejudice. The Clerk shall terminate Dkt. No. 46, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: July 10, 2024

RITA F. LIN
United States District Judge